IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CHARLES JONES, JR., | ) | |
| | ) | |
| Plaintiff, | ) | 4:05cv3324 |
| | ) | |
| vs. | ) | ORDER to SHOW CAUSE |
| | ) | |
| LESLIE CAVANAUGH, et al., | ) | |
| | ) | |
| Defendants. | ) | |

    This matter is before the court sua sponte. It appears to the court that this case may have been abandoned, as mail from the court to the plaintiff has been returned, with no known forwarding address for the plaintiff. A plaintiff has an obligation to keep the court informed of his or her current address at all times while the plaintiff's case is pending. Therefore, the Clerk of Court shall send this Order to Show Cause to the plaintiff at his last known address in the court's records. By **February 16, 2006**, the plaintiff shall show cause in writing why this case should not be dismissed, without prejudice, for lack of prosecution.[1] In the absence of a timely and sufficient response to this Order to Show Cause, the above-entitled case may be subject, without further notice, to dismissal without prejudice by Senior Judge Lyle E. Strom.

    SO ORDERED.

    DATED this 30th day of January, 2006.

                                      BY THE COURT:

                                      s/ F. A. GOSSETT
                                      United States Magistrate Judge

---

[1] See NECivR 41.1, which states in pertinent part: "At any time when it appears that any action is not being prosecuted with reasonable diligence the court may dismiss it for lack of prosecution."