IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CHARLES JONES, JR., | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3324 |
| | ) | |
| v. | ) | |
| | ) | |
| LESLIE CAVANAUGH, et al., | ) | ORDER AND JUDGMENT |
| | ) | |
| Defendants. | ) | |

In accordance with the memorandum opinion entered herein this date,

IT IS ORDERED:

1) Plaintiff's renewed Motion to Proceed In Forma Pauperis (Filing No. 11), is granted;

2) That plaintiff's complaint is dismissed pursuant to 28 U.S.C. § 1915A(b) and 28 U.S.C. § 1915(e)(2), for failure to state a claim on which relief may be granted.

DATED this 19th day of May, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court